IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:13-CV-BO

| | |
|---|---|
| LISA HORNE, | ) |
|            Plaintiff, | ) |
| v. | ) CONSENT ORDER |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | ) |
|            Defendant. | ) |

This action being submitted to the Court for entry of a Consent Order agreed to by the parties and it appearing that Plaintiff, by and through her attorney, has executed this Consent Order and Defendant has executed this Consent Order, by and through the undersigned Special Assistant United States Attorney; and it appearing that the parties have agreed that the Commissioner of Social Security should pay the sum of $3,006.25 for attorney fees, in full and final settlement of all claims due against the Social Security Administration, for attorney fees arising under the Equal Access to Justice Act (EAJA). 28 U.S.C. § 2412(d).

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff, the sum of $3,145.00 in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum this case is dismissed with prejudice.

This 30 day of May, 2014.

*Terrence Boyle*
United States District Judge

CONSENTED TO:

Ashley R. Maxwell
Attorney for Plaintiff
State Bar Number 39889
Charles T. Hall Law Firm, P.C.
P.O. Box 10629
Raleigh, North Carolina 27605
Telephone: (919) 791-1883
Fax: (919) 791-1886
ashley@charleshallfirm.com


Lisa M. Rayo
Attorney for Defendant
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel
Altmeyer Building Room 617
6401 Security Boulevard
Telephone: (401) 965-2055
Email: Lisa.Rayo@ssa.gov
California Bar # 164465